USCA1 Opinion

 

 May 15, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2108 HENRY H. AMSDEN, H.H. AMSDEN & SONS, Plaintiffs, Appellants, v. SENATE COMMITTEE ON THE JUDICIARY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Henry H. Amsden, on brief pro se. _______________ Paul M. Gagnon, United States Attorney, and T. David Plourde, _______________ _________________ Assistant United States Attorney, on brief for appellees. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. There was no error in the district court's dismissal of the complaint for lack of subject matter jurisdiction nor its denial of the subsequent motion to vacate on the additional ground of mootness. Affirmed. See Loc. R. 27.1. _________ ___